IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OTIS GLENN POOLE, JR.                                                        PLAINTIFF

v.                                        No. 4:05CV01806 GH

TRAVIS D. DANNER, ET AL.                                              DEFENDANTS

## **ORDER**

Defendants' October 25th motion (#16) in limine regarding evidence of a citation and insurance has been rendered moot by plaintiff's October 31st response that he agrees with defendants' position and intended to follow the law and the Rules of Evidence.

IT IS SO ORDERED this 3rd day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE