AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## *Eastern District of Arkansas*

OTIS GLENN POOLE, JR.

                              JUDGMENT IN A CIVIL CASE
      v.

TRAVIS D. DANNER and QUALITY
WHOLESALE BUILDING PRODUCTS INC.     CASE NUMBER:   4:05CV01806 GH

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of the plaintiff and against defendants in the amount of $45,000.00.

December 7, 2006                                                         James W. McCormack
*Date*                                                                                   *Clerk*

                                                                                      /s/ Patricia L. Murray
                                                                                      *(By) Deputy Clerk*